1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9              AT SEATTLE

10   RYAN R WEAR,                        CASE NO. C13-535-MJP

11              Plaintiff,               ORDER GRANTING MOTION FOR
                                         SUMMARY JUDGMENT
12        v.

13   SIERRA PACIFIC MORTGAGE
     COMPANY, INC.,
14
                Defendant.
15

16
        This motion comes before the Court on Defendant Sierra Pacific's unopposed motion for
17
   summary judgment.  (Dkt. No. 13.)
18
        Having reviewed the motion and all related papers, the Court finds no genuine issue of
19
   material fact exists on any of Plaintiff's claims against Defendant Sierra Pacific and GRANTS
20
   the motion.  Plaintiff's claims against Defendant Sierra Pacific are DISMISSED with prejudice.
21
   //
22
   //
23
   //
24

1  The clerk is ordered to provide copies of this order to all counsel.

2      Dated this 19th day of June, 2013.

3

4                                                                        _____

5                                                          Marsha J. Pechman
                                                          Chief United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION FOR SUMMARY
JUDGMENT- 2