UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN R WEAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC.,<br><br>                    Defendant. | CASE NO. C13-535-MJP<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |

This motion comes before the Court on Defendant Sierra Pacific's unopposed motion for summary judgment. (Dkt. No. 13.)

Having reviewed the motion and all related papers, the Court finds no genuine issue of material fact exists on any of Plaintiff's claims against Defendant Sierra Pacific and GRANTS the motion. Plaintiff's claims against Defendant Sierra Pacific are DISMISSED with prejudice.

//

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 |     Dated this 19th day of June, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER GRANTING MOTION FOR SUMMARY
JUDGMENT- 2